UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOREST VIEW REHABILITATION AND NURSING CENTER, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, )<br>)<br>Defendants. ) | No. 24 C 1490<br><br>Judge Valderrama |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by their attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, move for summary judgment under Federal Rules of Civil Procedure 56(b) and (c). In support of their motion, the defendants submit their combined memorandum in support of their motion for summary judgment and in opposition to plaintiff's motion for summary judgment and their statement of facts pursuant to Local Rule 56.1 of the Northern District of Illinois.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Jordan A. Rosen
    JORDAN A. ROSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5331
    jordan.rosen@usdoj.gov