UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOREST VIEW REHABILITATION AND NURSING CENTER, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration; JANET YELLEN, in her official capacity as the United States Secretary of Treasury; and THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

No. 24 C 1490

Judge Valderrama

**DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF FACTS**

Defendants, by their attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, submit this statement of facts in support of their motion for summary judgment and in opposition to the motion for summary judgment of plaintiff Forest View Respiratory and Rehabilitation Center, LLC ("Forest View") under Local Rule 56.1(a)(2) & (b)(3):

1. Forest View describes itself as a skilled rehabilitation and nursing center. Dkt. 1 (Compl.) ¶ 4. It is co-owned by Michael Blisko and Gubin Enterprises Limited Partnership ("Gubin Enterprises"), and each party owns a 50% share in the business. USA_0105, 0147, 2030.

2. On April 13, 2020, Forest View executed an application for a Paycheck Protection Program ("PPP") loan under the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") and submitted the application to Fifth Third Bank. USA_0003-USA_0006.

3. Forest View listed Paresh Vipani as its "Primary Contact" on its PPP loan application. USA_0003.

4. Michael Blisko signed the PPP loan application as Forest View's "Owner" and "Manager" on April 13, 2020. USA_0004.

5. Fifth Third Bank approved Forest View's PPP application on May 1, 2020, so that Forest View could tender required loan documentation, including an executed promissory note, for Fifth Third Bank to disburse the PPP loan. USA_0007; *id.* USA_0007-USA_0012.

6. On May 18, 2020, Fifth Third Bank completed and executed SBA Form 2484, where it provided information and certifications to SBA. USA_0245-USA_0246.

7. On SBA Form 2484, Fifth Third Bank reported information to SBA concerning "compliance with SBA Loan Program Requirements" by Forest View and itself without which Forest View's PPP "loan [could] not be approved," and made certain certifications, such as that it had "complied with the applicable lender obligations set forth in paragraphs 3.b(i)-(iii) of the Paycheck Protection Program Rule" and "obtained and reviewed the required application" of Forest View. USA_0245-USA_0246.

8. On May 18, 2020, Michael Blisko executed a promissory note on behalf of Forest View, which set forth key terms concerning the PPP loan, including the loan amount, interest rate, monthly principal and interest payments, collateral and lien terms, conditions concerning any default under the note, and lender's rights. USA_0007-USA_0012.

9. On May 18, 2020, Fifth Third Bank disbursed a PPP loan to Forest View in the amount of $1,069,800.00. USA_0247, 0007, 0012.

10. On January 27, 2021, Forest View submitted its PPP Loan Forgiveness Application seeking forgiveness in the amount of $1,069,800.00. USA_1697-USA_1700.

11. From June 10 to September 10, 2021, SBA requested documents relating to Forest view's loan forgiveness application as part of the agency's review of Forest View's loan forgiveness application. USA_1669-USA_1684.

12. On November 29, 2021, SBA issued a final loan review decision for partial forgiveness, which can be found in the administrative record at USA_0014-USA_0016. The decision found that Forest View's maximum eligible loan amount would be $1,007,592, or 2.5 times the average monthly payroll, and the lender did not defer Forest View's loan payments after issuance of the decision. USA_0013.

13. Afterwards, SBA learned information indicating that Forest View might have received a PPP loan while part of a corporate group that had exceeded the Corporate Group Rule's $20 million limit. USA_2021. As a result, in April 2022, SBA began requesting additional information and documentation about Forest View to investigate the matter and stated that the agency was recommending a full denial of forgiveness. *Id.*; USA_1688-USA_1689.

14. After reviewing a range of documents and information in the administrative record, USA_1902 (describing documents), USA_2022, 2033 (same), SBA found that Forest View is one of 203 business entities co-owned or co-managed by Michael Blisko and Gubin Enterprises that are largely established in the Midwest and Southeast. USA_1902., 2030.

15. The business entities in which Michael Blisko and Gubin Enterprises own a combined majority interest, including Forest View, obtained 61 PPP loans totaling over $41 million and cancelled 2 PPP loans. USA_1902-USA_1904; USA_1912-USA_1914; USA_1919; USA_1719-USA_1741.

16. Thirty-four of the 61 PPP loan-receiving business entities in which Michael Blisko and Gubin Enterprises own a combined majority interest are located in either Indiana (20) or Illinois (14). USA_1902.

17. Nearly all of the business entities in which Blisko and Gubin Enterprises own a combined majority interest that received loans, including Forest View, are structured as LLCs and are nursing care facilities that use NAICS code 623110, "Nursing Care Facilities," or other healthcare-related NAICS codes. USA_1902-USA_1904; https://www.naics.com/naics-code-description/?code=623110.

18. Among the business entities in which Michael Blisko and Gubin Enterprises own a combined majority interest, the 14 located in Illinois, including Forest View, submitted PPP applications with the same primary contact, Paresh Vipani, at the same business phone number and extension, the same email address (pvipani@infinityhcm.com), and the same mailing address in Hillsdale, Illinois. USA_1128.

19. On its website, Infinity Healthcare Management, LLC ("Infinity") touts a 20-year "Partnership" between Michael Blisko and Moishe Gubin. 20 Years, Infinity Healthcare Consulting, https://www.ihconsulting.com/20years.php (last visited September 16, 2024, as were all URLs cited herein). Michael Blisko and Gubin Enterprises own a combined majority interest in Infinity. USA_1914, 1981.

20. Infinity's website lists Forest View, Parkshore Estates Nursing and Rehabilitation Center, LLC, Oak Lawn Respiratory & Rehabilitation, LLC, and most of the other nursing care facilities in which Michael Blisko and Gubin Enterprises own a combined majority interest in its list of dozens of "Client Facilities." Client Facilities, Infinity Healthcare Consulting, https://www.ihconsulting.com/facilities.php.

21. The URL in the email address for the primary contact listed on Forest View's PPP loan application, Paresh Vipani, is infinityhcm.com, which redirects automatically to ihconsulting.com. *See* https://www.infinityhcm.com.

22. In a 2016 *Chicago Tribune* news story about another nursing home in which Michael Blisko and Gubin Enterprises own a combined majority interest, Continental Nursing and Rehabilitation Center, Michael Blisko and Moishe Gubin are described as "longtime business partner[s]." David Jackson & Gary Marx, "Chicago nursing home fined after residents overdose on heroin," *Chicago Tribune* (Nov. 14, 2016, updated May 23, 2019), https://www.chicagotribune.com/2016/11/14/chicago-nursing-home-fined-after-residents-overdose-on-heroin/; USA_1128.

23. SBA denied Forest View's Loan Forgiveness application on June 3, 2023, upon concluding that Forest View was part of a corporate group that had received more than $20 million of PPP loans in the aggregate. USA_0001-USA_0002.

24. On July 3, 2023, Forest View filed an appeal petition to appeal SBA's 2023 final loan review decision to the SBA's Office of Hearings and Appeals ("OHA"), which is found in the administrative record at pages USA_0090-USA_0106, USA_1104-USA_1109.

25. OHA reviews Paycheck Protection Program appeals, including the one Forest View initiated, under the authority of 13 C.F.R. Part 134 Subpart L, which specifically applies to appeals of final SBA loan review decisions. USA_0107-USA_0108; 13 C.F.R. § 134.1201(b) (listing final SBA loan review decisions that are "appealable under this subpart").

26. Forest View's appeal petition did not appeal any other decision other than SBA's 2023 final loan review decision to OHA. USA_0090-USA_0106, USA_1104-USA_1109. The appeal petition makes no reference to any debt collection decision by SBA or any other government

5

entity and was not filed "within 15 days of receipt of the written notice" described in 13 C.F.R. § 140.3(a)-(c), which concerns debt collection appeals. *See id.*; *see also* 13 C.F.R. § 140.3(e)(1) (15-day appeal deadline for debt collection appeals).

27. Forest View also never attached any government decision relating to any debt collection to its OHA appeal petition. *See* USA_0090-USA_0106, USA_1104-USA_1109; *see also* 13 C.F.R. § 134.203 (requiring OHA appeal petition to set forth, among other things, a "copy of the SBA determination being appealed" and the "basis of OHA's jurisdiction").

28. The SBA's response brief before OHA opposing Forest View's appeal of the denial of forgiveness of its PPP loan is found in the administrative record at pages USA_1997-USA_2007.

29. Forest View's reply brief before OHA is found in the administrative record at pages USA_2008-USA_2018.

30. On October 16, 2023, OHA issued its decision denying Forest View's appeal of SBA's 2023 final loan review decision, which is found in the administrative record at pages USA_2019-USA_2033.

31. In the OHA proceeding, Forest View filed a motion asking OHA to compel SBA to reimburse Forest View for all amounts improperly recouped on Forest View's PPP loan, with interest, and to enjoin SBA from further collections activity during the appeal, which can be found in the administrative record at USA_1944-USA_1988.

32. The OHA decision denied the motion as moot. USA_2032.

                                                      Respectfully submitted,

                                                      MORRIS PASQUAL
Acting United States Attorney

By: s/ Jordan A. Rosen
    JORDAN A. ROSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5331
    jordan.rosen@usdoj.gov