# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Forest View Rehabilitation and Nursing Center, LLC

                Plaintiff,

v.

The United States Small Business Administration, et al.

                Defendant.

Case No.: 1:24−cv−01490
Honorable Georgia N Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 30, 2024:

    MINUTE entry before the Honorable Georgia N Alexakis:For the reasons discussed in the accompanying memorandum opinion and order, the Court denies Forest View's motion for summary judgment [28], denies Forest View's motion for an interlocutory order compelling reimbursement of improperly recouped funds [48], and grants defendants' motion for summary judgment [39] as to all counts. The SBA's final decision denying Forest View forgiveness of its PPP loan is affirmed. The Clerk is directed to enter judgment in defendants' favor. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.