# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Forest View Rehabilitation and Nursing Center, LLC,

Plaintiff(s),

v.

The United States Small Business Administration, Isabella Casillas Guzman, Janet Yellen, The United States of America,

Defendant(s).

Case No. 24-cv-1490
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) The United States Small Business Administration, Isabella Casillas Guzman, Janet Yellen, The United States of America
and against plaintiff(s) Forest View Rehabilitation and Nursing Center, LLC.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion/for summary judgment

Date: 12/30/2024                    Thomas G. Bruton, Clerk of Court

                                    Carmen Acevedo, Deputy Clerk